UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  2:23-cv-9864-ODW (SK)                              Date: December 14, 2023

Title  Josue Farfan v. People of the State of California

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER DISMISSING DUPLICATIVE PETITION**

The 28 U.S.C. § 2254 petition filed in this case is duplicative of the petition filed in Case No. 2:23-cv-9806-CBM. This duplicative petition is therefore ordered dismissed, the pending application to proceed in forma pauperis is denied as moot, and the clerk is instructed to close this case. The merits of the petition will be addressed in Case No. 2:23-cv-9806-CBM.

IT IS SO ORDERED.